U.S. Department of Justice

United States Attorney
Northern District of Georgia

SEP 2 9 2005

# United States District Court
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

By: Luther D. Thomas, Clerk
By: _____ Deputy Clerk

United States

v.

MATTHEW BEVAN COX
a/k/a Maxwell Price,
David R. Freeman,
Gerald Scott Cugno,
Michael S. Shanahan,
Michael J. Eckert,
Gary L. Sullivan and
David White;
**Agent to Arrest**

No. 1 05-CR-456-1

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

_____
GALE McKENZIE
Assistant United States Attorney

Filed In Clerk's Office, this _____

of _____, 20_____

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHALL
9/29/05
BY: _____
DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94