UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 1 4 2007

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:05-CR-456-TCB |
| | ) | |
| V. | ) | ATLANTA, GEORGIA |
| | ) | APRIL 10, 2007 |
| MATTHEW BEVAN COX | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

TRANSCRIPT OF GUILTY PLEA
BEFORE THE HONORABLE TIMOTHY C. BATTEN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:                    GALE MCKENZIE, ESQ.
                                       ASSISTANT U.S. ATTORNEY


FOR THE DEFENDANT:                     MILDRED G. DUNN, ESQ.
                                       FEDERAL DEFENDER PROGRAM


COURT REPORTER:                        SHARON D. UPCHURCH
                                       2114 U. S. COURTHOUSE
                                       ATLANTA, GEORGIA 30303-3361
                                       (404) 215-1354


PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
PRODUCED BY COMPUTER.