UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 0 2 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| -VS- | ) DOCKET NO. 1:05-CR-456-1-TCB |
| | ) DOCKET NO. 1:07-CR-99-TCB |
| MATTHEW B. COX, | ) DOCKET NO. 1:07-CR-100-TCB |
| | ) DOCKET NO. 1:07-CR-181 |
| DEFENDANT. | ) |

TRANSCRIPT OF SENTENCING PROCEEDINGS
BEFORE THE HONORABLE TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT COURT JUDGE
FRIDAY, NOVEMBER 16, 2007

APPEARANCES:

ON BEHALF OF THE GOVERNMENT:

    GALE MCKENZIE, ESQ.
    DAHIL D. GOSS, ESQ.
    ASSISTANT UNITED STATES ATTORNEYS

ON BEHALF OF THE DEFENDANT:

    MILDRED GECKLER DUNN, ESQ.

ELISE SMITH EVANS, RMR, CRR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
ATLANTA, GEORGIA