UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                              Case No. 1:05-CR-456-TCB-LTW

MATTHEW BEVAN COX,
        Defendant.
_____/

### Motion to Withdraw

Matthew Cox, pro se defendant, respectfully requests this Court to grant this motion and withdraw the Motion For Specific Performance of Plea Agreement.

Respectfully Submitted,

_____
Matthew Cox

### Certificate of Service

I certify that this Motion to Withdraw has been placed in the prison mail system in accordance with the mailbox rule, and a true and correct copy was sent to opposing counsel by regular mail.

_____
Matthew Cox