FILED IN CHAMBERS
U.S.D.C. - Atlanta

JUN - 6 2017

James N. Hatten, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>MATTHEW BEVAN COX | Criminal Action Nos.<br>1:05-CR-456-TCB-LTW<br>1:07-CR-99-TCB-LTW<br>1:07-CR-100-TCB-LTW<br>1:07-CR-181-TCB-LTW |

## JOINT MOTION FOR REDUCTION OF SENTENCE UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 35

COMES NOW the United States of America, by John A. Horn, United States Attorney, and Kelly K. Connors, Assistant United States Attorney for the Northern District of Georgia, and Defendant Matthew Bevan Cox, through his counsel Leigh Ann Webster, and hereby file this motion for reduction of sentence.

On April 10, 2007, in the Northern District of Georgia, the Defendant entered guilty pleas to Northern District of Georgia (NDGA), Middle District of Florida (MDFL), and Middle District of Tennessee (MDTN) charges in the above-styled cases, with the Florida and Tennessee charges transferred to the NDGA pursuant to Rule 20, Federal Rule of Criminal Procedure. (Doc. 60).[1] The charges to which

---

[1]   Unless otherwise noted, record citations are to Criminal Action No. 1:05-CR-456, although the same documents were also filed in the three additional cases.

the Defendant pleaded guilty included a NDGA bank fraud, MDFL and MDTN conspiracies, and MDTN aggravated identity theft and passport fraud. (*Id.*). Cox also admitted the violations alleged in a petition to revoke his MDFL probation. (*Id.*). On November 16, 2007, the Defendant was sentenced to a total of 316 months' imprisonment in these four cases. (Doc. 76).

After his conviction and sentencing, the Defendant continued to provide substantial assistance to the Government. Upon motion by the United States pursuant to Federal Rule of Criminal Procedure 35(b) and following an evidentiary hearing, on October 8, 2013, this Court amended the Defendant's sentences in all four cases, reducing his total period of incarceration to 234 months. (Doc. 127).

The United States and Defendant now recommend a further reduction of the Defendant's sentence due to substantial assistance he provided to law enforcement authorities in the investigation and prosecution of other individuals in cases prosecuted in districts outside the Northern District of Georgia. After October 8, 2013, as a result of this assistance, an indictment was returned against three other individuals.[2] Because the Defendant substantially assisted authorities in the investigation and prosecution of other persons, a further reduction of the of Defendant's sentence is appropriate under Rule 35.

---

[2]   Due to the nature and circumstances of the assistance and the need to avoid unnecessary disclosure of those facts in the public record, the factual basis for this motion is contained in Attachment A, which has been filed under seal.

The United States and Defendant jointly recommend that the Court reduce the Defendant's guidelines total offense level by three levels, and impose a new sentence based on the resulting sentencing range. Based on the parties' calculations a three-level reduction in the Defendant's total offense level would result in a guidelines sentencing range of 151-188 months for the bank fraud and conspiracy convictions. The Court previously imposed a sentence at the bottom of the advisory sentencing range for those convictions. Accordingly, the United States and Defendant recommend that the Court reduce Defendant's sentence by imposing a 151 months' imprisonment sentence for the bank fraud and conspiracy convictions, to be followed by a consecutive sentence of 24 months' imprisonment for the aggravated identity theft conviction.

In consideration of the United States entering into this joint recommendation, the Defendant agrees that the recommended three-level reduction accounts for all potential substantial assistance that the Defendant may have provided for any investigation, prosecution, proceeding, or other matter, through the date of the entry of the Court's order on this motion, regardless of whether that potential substantial assistance is provided as specific support for this motion. The Defendant further acknowledges that he filed a motion to vacate or set aside his sentence pursuant to 28 U.S.C. § 2255 on November 16, 2015. [Criminal Action No. 1:07-CR-99 at Doc. 37]. On August 31, 2016, this Court dismissed the Defendant's 2255 motion for being second or successive. [*Id.* at Doc. 55]. Defendant appealed this dismissal to the Eleventh Circuit; however, the Eleventh Circuit dismissed the appeal on March 24, 2017. The Defendant agrees that he

will not seek further appeal of the Eleventh Circuit's order of dismissal. In addition, the Defendant acknowledges and agrees that this Court's August 31, 2016 dismissal of his motion under 28 U.S.C. § 2255 is therefore final and that his 2255 motion is hence dismissed with prejudice.

[CONTINUED ON NEXT PAGE]

## Conclusion

Upon the authority presented above herein and the agreement of the parties, the United States and Defendant ask that the Court grant this motion to reduce the Defendant's sentence under Fed.R.Crim.P. 35, and sentence the Defendant to 151 months' imprisonment on the fraud and conspiracy convictions, to be followed by a consecutive sentence of 24 months' imprisonment on the aggravated identity theft conviction.

Respectfully Submitted by:

JOHN A. HORN
UNITED STATES ATTORNEY

_____
KELLY K. CONNORS
ASSISTANT U.S. ATTORNEY
GEORGIA BAR NO.: 504787

75 Ted Turner Drive, S.W.
Suite 600
Atlanta, Georgia 30303
(404) 581-4639 (Telephone)
(404) 581-6234 (Fax)
Kelly.connors@usdoj.gov

ATTORNEY FOR DEFENDANT
MATTHEW B. COX

_____
LEIGH ANN WEBSTER
GEORGIA BAR NO.:

Strickland Webster, LLC
Suite 6, #247
2480 Briarcliff Road, NE
Atlanta, Georgia 30329
(404) 590-7967 (Telephone)
law@sticklandwebster.com

_____
MATTHEW B. COX

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

May 1, 2017

/s/ KELLY K. CONNORS

KELLY K. CONNORS

*Assistant United States Attorney*