IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW BEVAN COX,<br><br>    Defendant. | CRIMINAL ACTION FILE<br><br>NO. 1:05-cr-456-TCB-LTW-1 |

## **O R D E R**

This case comes before the Court on Defendant Matthew Cox's pro se motion [154] for compliance with a court order. Cox appears to request that the Court modify the terms of his imprisonment and restitution, though he does not elaborate on exactly what relief he requests. He also fails to provide any legal authority for this request. Nor is the Court aware of any authority by which it could grant it. *See* 18 U.S.C. § 3582(c) ("The court may not modify a term of imprisonment once it has been imposed except [in specific circumstances.]").

Cox's motion [154] must therefore be denied.

IT IS SO ORDERED this 27th day of September, 2018.

_____
Timothy C. Batten, Sr.
United States District Judge